IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

ERIC MAXTON,                         :    CIVIL ACTION
                                     :    NO. 12-3046
          Petitioner,               :
                                     :
     v.                              :
                                     :
JOHN KERESTES, et al.,               :
                                     :
          Respondents.               :

**O R D E R**

**AND NOW**, this **16th** day of **June, 2014**, for the reasons provided in the accompanying memorandum, it is hereby **ORDERED** as follows:

(1)  Petitioner's Objection is **OVERRULED**;

(2)  The Report and Recommendation is **APPROVED** and **ADOPTED**;

(3)  The Petition for Writ of Habeas Corpus, pursuant to 28 U.S.C. § 2254, is **DENIED** and **DISMISSED with prejudice**;

(4)  A Certificate of Appealability will not issue; and

(5)  The Clerk of Court shall mark this case as **CLOSED**.

**AND IT IS SO ORDERED.**

                    **/s/ Eduardo C. Robreno**
                    **EDUARDO C. ROBRENO,    J.**